IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00063-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    PATRICIA ANN GILROY,

    Defendant.

_____

**UNOPPOSED MOTION TO APPEAR VIA VIDEO CONFERENCE FOR INITIAL APPEARANCE**

    The defendant Patricia Ann Gilroy files this Unopposed Motion to Appear Via Video Conference for Initial Appearance.  In support of this motion, defendant Gilroy states as follows:

    The defendant resides in Naples, Florida.  The defendant has recently undergone surgery after which she experienced unforeseen complications and was hospitalized. Given her recent health complications, the defendant is at increased risk for adverse consequences of COVID-19.  The defendant has consented to being charged by Information and has been provided with a  copy of the filed Information in this cause, as well as the penalty sheet apprising the defendant of the potential penalties associated with the charges in the Information.

Counsel for the defendant also resides in Florida, and by virtue of age and his own medical conditions is also at increased risk of adverse consequences of COVID-19.

It is anticipated that the defendant will appear for processing at the United States Marshalls office in Ft. Myers, Florida immediately prior to her initial appearance before this court.  The defendant will also telephonically meet with the Probation Office for prior to her initial appearance.

The government has indicated that it is not seeking detention and that it does not oppose this motion.

Wherefore, given the risks of travel at this time in light of the ongoing COVID-19 pandemic, it is requested that the defendant be allow to appear via video conference for her initial appearance in this matter.

s/ Peter D. Aiken
**BY: Peter D. Aiken, Esquire**
Aiken and O'Halloran
1188 N. Tamiami Trail Suite 205-A
Sarasota, Florida 34236
Telephone: (941) 366-3506
E-mail: peterdaiken@gmail.com
Attorney for (Patricia Ann Gilroy, defendant)