```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX162068
Cashier ID: js
Transaction Date: 03/31/2022
Payer Name: Patricia Gilroy
------------------------------------
TREASURY REGISTRY
 For: Patricia Gilroy
 Case/Party: D-COX-1-22-CR-000063-001
 Amount:      $105,000.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 0003198335
 Amt Tendered: $50,000.00
PAPER CHECK CONVERSION
 Check/Money Order Num: 6620902077
 Amt Tendered: $55,000.00
------------------------------------
Total Due:     $105,000.00
Total Tendered: $105,000.00
Change Amt:    $0.00

Deposit Funds into Court Registry
Re: order # 29
Case 22-cr-063-DDD

A fee of $53.00 will be assessed on
any returned check.
```