

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

April 1st  JS
~~January 6,~~ 2022

Peter Dowling Aiken
Aiken & O'Halloran
1188 North Tamiami Trail
Suite 205 A
Sarasota, FL 34236

Re: Cashier's Checks No. 6628902077 and 0003190335

To Mr. Aiken

    Enclosed are your cashier's checks in the amount of **$55,000.00**, check no. **6628902077,** and in the amount of **$50,000.00** check no. **0003190335**. The check is being returned due to the fact that **the checks are staledated, dated 6/30/2021 and July 1, 2021, and are no longer valid.** Please refer to our website at http://www.cod.uscourts.gov/ for information.
If you have any questions, please contact the clerk's office at the number listed above.

Thank you,

Jeffrey P. Colwell
Clerk of Court

By; s/ J. Salzman
Deputy Clerk